In the Matter of Joseph Cibulas et al., Respondents, against Village of Menands, Appellant.

Submitted February 24, 1942; decided March 5, 1942.

*Kenneth S. MacAffer* and *Carl O. Olson* for motion.
*Louis Snyder* opposed.

Motion dismissed on the ground that the order does not finally determine the proceeding within the meaning of the Constitution. (*Matter of Grab,* 157 N. Y. 69.)